UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
- - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

NANITA SHARI MUNNS,

        Defendant.
_____/

No. 2:20-cr-23

Hon. HALA Y. JARBOU
U.S. District Judge

## **MOTION FOR LEAVE TO FILE UNDER RESTRICTED ACCESS**

The United States of America, by and through its attorneys, Andrew Byerly Birge, United States Attorney for the Western District of Michigan, and Theodore J. Greeley, Assistant United States Attorney, hereby respectfully moves this Court for leave to file a sentencing memorandum and attachments, under restricted access because public disclosure of these documents could expose Defendant to harassment and risk of harm and includes information about this investigation that is not publicly known and could lead others to flee and/or destroy or tamper with evidence.

                                        Respectfully submitted,

                                        ANDREW BYERLY BIRGE
                                        United States Attorney

Date:  September 9, 2021             /s/ Theodore J. Greeley
                                        THEODORE J. GREELEY